FILED
APR 22 2011
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY            DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 11CR0006GT |
| Plaintiff, | |
| v. | PROPOSED ORDER |
| JORGE MEDINA-FRUCTUOSO, | |
| Defendant. | |

Upon joint motion of the parties and good cause appearing thereof,

IT IS HEREBY ORDERED that the Court continues the sentencing hearing from April 28, 2011 at 9:00 a.m. to May 12, 2011 at 9:00 a.m.

DATED: 4-22-11

*/s/ Gordon Thompson Jr.*

HONORABLE GORDON THOMPSON, JR.
United States District Judge