

FILED
AUG 19 2011
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY
DEPUTY

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JORGE MEDINA-FRUCTUOSO,<br>Defendant. | Cr. No. 11-0006 GT<br><br>**ORDER** |

On August 18, 2011, Defendant, Jorge Medina-Fructuoso ("Mr. Medina"), filed a Motion to Allow Calendaring of Waiver of Indictment on Superseding Information. Mr. Medina states that the Court "should let [him] plead guilty to the Proposed Superseding Information and let the government dismiss the § 1326 information." As Mr. Medina acknowledges, the Court "has already accepted [his] guilty plea." There cannot be a superseding Information or dismissal of the original charge unless Mr. Medina is first permitted to withdraw his guilty plea. As Mr. Medina also acknowledges, the Court has denied his previous request to withdraw his guilty plea. Accordingly,

**IT IS ORDERED** that Mr. Medina's Motion is **DENIED.**

**IT IS SO ORDERED.**

8-19-11
date

GORDON THOMPSON, JR.
United States District Judge

cc: All counsel and parties without counsel