FILED

SEP 19 2011

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY            DEPUTY

# United States District Court

## Southern District of California

| United States of America, | ) Case No. 11cr0006-GT |
|---|---|
|     *Plaintiff,* | ) |
| v. | ) **Order Continuing Sentencing** |
| Jorge Medina-Fructuoso, | ) **Hearing** |
|     *Defendant.* | ) |

Good cause appearing, based on the joint motion of the parties, the Court continues the sentencing hearing from September 21, 2011, at 9:30 a.m., to October 5, 2011, at 9:30 a.m.

The parties' briefs regarding Mr. Medina-Fructuoso's 2008 prior conviction are due one week before sentencing.

**It Is So Ordered.**

Dated: 9-19-11

Hon. Gordon Thompson, Jr.
**United States District Court Judge**

11cr0006-GT